R# 150812
/#114

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                  )       CASE NO. 09-20736
                                        )
Gary & Lana Smet,                       )       CHAPTER 7 CASE
                                        )
            Debtor(s).                  )       Judge Arthur I. Harris

TO THE CLERK OF COURT:

The attached check no. 114 in the amount of $20.08 represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Revenue Group<br>3700 Park East Drive, Suite 240<br>Beachwood, OH 44122 | 6 | $3,212.56 | $20.08 |

DATED: August 20, 2010

_____
DAVID O. SIMON, TRUSTEE

FILED 2010 AUG 20 PM 2:21
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND